**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kim, Mark** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**d/b/a Midwest Computer Systems** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-1877, 36-4059624** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State<br>**8045 West 174th Street**<br>**Tinley Park Il**<br>ZIPCODE **60477** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | **1622 East Algonquin Road, Suite A**<br>**Schaumburg, IL**<br>ZIPCODE **60173** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☒ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity: _____

**Nature of Business** (Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9    ☐ Chapter 12
- ☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business    ☒ Business

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)**                                                                 **FORM B1,** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mark Kim** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition. | X **Not Applicable** _____ Signature of Attorney for Debtor(s)     Date **Karen J. Porter**                  6188626 |

| **Exhibit C** Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ☒ No | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing.) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**
**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

(Official Form 1) (10/05) **FORM B1,** Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mark Kim** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/Karen J. Porter/ Mark Kim**
   Signature of Debtor   **Mark Kim**

X **Not Applicable**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)

**3/23/2008**
   Date

### Signature of Attorney

X **/s/Karen J. Porter**
   Signature of Attorney for Debtor(s)

**Karen J. Porter, 6188626**
   Printed Name of Attorney for Debtor(s) / Bar No.

**Porter Law Network**
   Firm Name

**11 East Adams Street, Suite 906 Chicago IL, 60603**
   Address

**(312) 673-0333**              **(312) 673-0334**
   Telephone Number

**3/23/2008**
   Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Authorized Individual

   Printed Name of Authorized Individual

   Title of Authorized Individual

   Date

### Signature of a Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

X _____
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: I) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) 1 prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

   Address

X **Not Applicable**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Karen J. Porter   6188626**
**Porter Law Network**
**11 East Adams Street,  Suite  906**
**Chicago IL, 60603**

**(312) 673-0333**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In Re:
Debtor:  **Mark Kim**
Social Security Number:   **xxx-xx-1877**

Case No:

Chapter  **11**

Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | **American Eagle Bank**<br>**556  Randall Road**<br>**South Elgin Il 60177** | Secured Claims | $ 17,000.00 |
| 2. | **American Express**<br>**Box 0001**<br>**Los Angeles CA 90096-001** | Unsecured Claims | $ 10,971.00 |
| 3. | **American Express**<br>**Box 0001**<br>**Los Angeles CA 90096-001** | Unsecured Claims | $ 38,535.49 |
| 4. | **American Honda Finance**<br>**P.O. Box 60001**<br>**City of Industry  CA  91716-001** | Secured Claims | $ 17,780.10 |
| 5. | **Bank of America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886-5102** | Unsecured Claims | $ 37,000.00 |

In re:  **Mark Kim**                                                                                   Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Bank of America**<br>P.O. Box 650260<br>Dallas TX  75265-0260 | **Unsecured Claims** | $ 89,922.00 |
| 7. | **Business Partners**<br>9301 Winnetka Avve<br>Chatsworth CA 91311 | **Unsecured Claims** | $ 150,000.00 |
| 8. | **Capital One**<br>P. O. Box  105131<br>Atlanta GA 30348-5131 | **Unsecured Claims** | $ 74,000.00 |
| 9. | **Capital One**<br>P. O. Box 5294<br>Carol Stream IL 60197-5294 | **Unsecured Claims** | $ 4,840.00 |
| 10. | **Cardmember Service**<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | **Unsecured Claims** | $ 20,973.63 |
| 11. | **Cardmember Service**<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | **Unsecured Claims** | $ 10,416.21 |
| 12. | **CFC Investment**<br>P.O. Box 145496<br>Cincinnati OH 45250-5406 | **Secured Claims** | $ 19,000.00 |
| 13. | **Charter One Card**<br>P.O. Box 9665<br>Providence RI 02940-9665 | **Unsecured Claims** | $ 5,302.00 |
| 14. | **Chase**<br>P.O. Box  260161<br>Baton Rouge  LA 70826-0161 | **Unsecured Claims** | $ 74,919.00 |

Numbered Listing of Creditors - Page 2

In re:  **Mark Kim**  Case No. _____

| # | Creditor | Claim Type | Amount |
|---|---|---|---|
| 15. | **Chase Home Equity**<br>P.O. Box 9001020<br>Louisville KY 40290-1020 | Secured Claims | $ 127,487.88 |
| 16. | **Chase Home Finance**<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | Secured Claims | $ 267,435.28 |
| 17. | **Citi Business Card**<br>P.O. Box 44180<br>Jacksonville FL 32231-4180 | Unsecured Claims | $ 9,107.34 |
| 18. | **Citi Card**<br>PO Box 688906<br>Des Moines IA 50368-8906 | Unsecured Claims | $ 17,704.65 |
| 19. | **D & S**<br>231 East Main<br>Ste 400<br>Round Rock TX 78664 | Secured Claims | $ 5,537.54 |
| 20. | **Discover**<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 | Unsecured Claims | $ 14,633.00 |
| 21. | **First Equity Card**<br>P.O. Box 84075<br>C olumbus GA 31901-4075 | Unsecured Claims | $ 6,758.47 |
| 22. | **Five Point Capital**<br>P.O. Box 13604<br>Philadelphia PA 19101-3604 | Unsecured Claims | $ 23,000.00 |
| 23. | **HSBC Card Services**<br>P.O. Box 37281<br>Baltimore MD 21297-3281 | Unsecured Claims | $ 16,156.71 |

In re:   **Mark Kim**                                                                             Case No. _____

| | | | |
|---|---|---|---|
| **24.** | **Charter One**<br>**P.O. Box 9799**<br>**Providence RI 02940-9799** | **Unsecured Claims** | **$ 22,000.00** |
| **25.** | **Innovantive Bank**<br>**360th 14th Street**<br>**Oakland CA 94612** | **Unsecured Claims** | **$ 20,000.00** |
| **26.** | **JP Morgan Chase Bank**<br>**c/o Crowley & Lamb, P.C.**<br>**350 N. LaSalle Street, Suite 900**<br>**Chicago, Il 60610** | **Unsecured Claims** | **$   0.00** |
| **27.** | **Key Bank**<br>**P.O. Box 94831**<br>**Cleveland OH 44101-4831** | **Unsecured Claims** | **$ 29,000.00** |
| **28.** | **Lasalle National Bank**<br>**135 South LaSalle**<br>**Chicago, Illinois 60603** | **Unsecured Claims** | **$ 4,500.00** |
| **29.** | **Lasalle National Bank**<br>**8617 Innovation**<br>**Chicago, Illinois 60603** | **Secured Claims** | **$ 58,500.00** |
| **30.** | **Leaf Funding Inc**<br>**P.O. Box 643172**<br>**Cincinnati OH 45264-3172** | **Secured Claims** | **$ 68,000.00** |
| **31.** | **National City Card**<br>**P.O. Box 500**<br>**Portgage MI 49081-0500** | **Unsecured Claims** | **$ 9,875.12** |
| **32.** | **National City Commercial**<br>**c/o Askounis & Borst, P.C.**<br>**180 N. Stetson St. Suite 3400**<br>**Chicago, Il 60601** | **Secured Claims** | **$ 188,169.06** |

In re:  **Mark Kim**                                                                 Case No. _____

| | | | |
|---|---|---|---|
| 33. | **Net Bank**<br>**P.O. Box 2597**<br>**Columbus  SC 29202** | **Secured Claims** | **$ 67,000.00** |
| 34. | **Telesis Community Credit Union**<br>**SBS Department 9301**<br>**Chatsworht CA 91311-0000** | **Unsecured Claims** | **$     0.00** |
| 35. | **Business Card**<br>**P.O.  Box 15710**<br>**Wilmington DE 19886-5710** | **Unsecured Claims** | **$ 22,484.00** |
| 36. | **US Bank**<br>**P.O. Box 5830**<br>**Portland OR  97228-5830** | **Unsecured Claims** | **$ 15,128.00** |
| 37. | **Wells Fargo**<br>**P.O. Box 54349**<br>**Los Angeles CA 90054-0349** | **Unsecured Claims** | **$ 30,097.54** |

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re: **Mark Kim**

Debtor

Case No.

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 16,039.00 |
   | Prior to the filing of this statement I have received | $ 6,039.00 |
   | Balance Due | $ 10,000.00 |

2. The source of compensation paid to me was:

   ☒ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]

   **The final compensation will be the amount awarded by the court after the presentation of fee applications.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **3/23/2008**

/s/Karen J. Porter
**Karen J. Porter, Bar No. 6188626**

**Porter Law Network**
Attorney for Debtor(s)